UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

COLIN MICHAEL BRULEY      Case No. 17-49075-TJT
KRISTEN MARIE BRULEY      Chapter 13
Debtor(s)      Hon. TUCKER

_____/

## OBJECTIONS TO CONFIRMATION

NOW COMES Creditor, GENISYS CREDIT UNION, by and through its attorneys, BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C., and objects to the confirmation of the Debtors' proposed Chapter 13 Plan as follows:

1. Creditor is the holder of a perfected security interest in a 2016 HYUNDAI TUCSON VIN# KM8J3CA27GU189483.

2. The balance owing Creditor as of the date of the bankruptcy petition was $22,984.33.

3. Creditor objects to the Debtors' proposed Plan as Creditor is not adequately protected.

4. Creditor requests documentation of full coverage insurance covering Creditor's collateral.

5. Creditor objects to the Trustee disbursing attorney fees in a lump sum as it will prevent the Trustee from disbursing monthly payments to Creditor.

WHEREFORE, Creditor prays that this Honorable Court will deny confirmation as proposed.

BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.

/S/ KAREN L. ROWSE-OBERLE (P41893)
Attorneys for Creditor
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
Krowse-oberle@bbrolaw.com

July 27, 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

    COLIN MICHAEL BRULEY                          Case No. 17-49075-TJT
    KRISTEN MARIE BRULEY                        Chapter 13
    Debtor(s)                                               Hon. TUCKER
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2017, I electronically filed the Objection to Confirmation of Plan with Clerk of the Court using the ECF system which will send notification of such filing to the following:

**-Aaron D. Geyer, Attorney for Debtor(s)**

**-Tammy L. Terry, Chapter 13 Trustee**

                                                    BUTLER, BUTLER & ROWSE-OBERLE, PLLC

                                                    /S/ Bridgette Dockery
                                                   Legal Assistant
                                                   Butler, Butler & Rowse-Oberle, P.L.L.C.
                                                   24525 Harper Avenue
                                                   St. Clair Shores, MI 48080
                                                   (586) 777-0770
                                                   bridgette@bbrolaw.com